# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**SANDRA K. NORMAN, individually and on behalf of all wrongful death beneficiaries of LAUREN LEE SMITH, DECEASED, and the QUICK CHILD she was carrying at the time of her death**                                                              **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 3:20-cv-187-DMB-JMV**

**INDIVIOR, INC.** *et al*.                                                                              **DEFENDANTS**

## ORDER

This matter is before the court on the joint motion [43] of the parties to stay proceedings before this Court until the Judicial Panel on Multidistrict Litigation ("JPML") resolves the pending, unopposed motion to transfer this case to the Multidistrict Litigation ("MDL"). Having considered the premises, the court finds that the motion is well taken and shall be granted.

On October 14, 2020, Hikma Labs, Inc. ("Hikma") filed a motion to transfer this case to the MDL. Hikma's unopposed motion to transfer will be considered, without argument, on January 28, 2021. For the reasons cited in the joint motion of the parties, the undersigned finds that it is in the interest of judicial economy to exercise its discretion to stay this case.

Accordingly, the joint motion to stay the case is hereby granted and this case is hereby stayed until the earlier of the MDL's decision on the pending motion to transfer or February 28, 2021, upon which the parties shall notify the court.

**SO ORDERED** this, the 12th day of January, 2021.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**